## Sigelman Law Corporation
*433 N Camden Dr., Suite 965 | Beverly Hills, CA 90210 | T: (310) 278-8011 | F: (310) 278-2254 | E: paul@sigelmanlaw.com*

**VIA EMAIL CORRESPO**

> Plaintiffs' letter-motion seeking to adjourn the settlement conference scheduled for January 4, 2023 (ECF No. 33) is GRANTED, and the Court shall issue an amended settlement conference scheduling order separately.
>
> The Clerk of Court is respectfully directed to close ECF No. 33.
>
> SO ORDERED 12/16/22
>
> SARAH L. CAVE
> United States Magistrate Judge

The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

December 16, 2022

Re:   Jingle Kids USA LLC, et al. v. In Colour Capital Inc. v. Jake Seal
      Civil Action No.: 22 Civ. 7089 (VSB)(SLC)

Dear Magistrate Judge Cave:

I am counsel pro hac vice for Plaintiffs, Jingle Kids USA LLC, et al. and participated in the Monday, December 12, 2022, scheduling conference.

Discussion took place regarding settlement conference. I had noted to the court that I was out of the country in mid-January. A date was suggested of the "4th" and perhaps I misheard but had in mind that we were speaking of February 4, 2023—and knew that early February was fairly clear on my calendar.

Meanwhile, I had provided my office personnel with time-off for the holiday season. I am quite old school, without personal typing skill, and have an appellate brief due next week, and have another due on January 6, 2023. Therefore, another date for the conference is requested convenient with the court's calendar as well as that of opposing counsel. I have spoken with opposing counsel, Robert O'Hare, and there is no objection with adjournment until a date in early February. Can this work with the court?

Respectfully submitted,

Paul Sigelman

Copies sent to:   Robert A. O'Hare Jr.
                  O'Hare Parnagian LLP
                  rohare@ohareparnagian.com