# O'Hare Parnagian LLP

20 Vesey Street, Suite 300
New York, NY 10007-2913
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

Westchester Office
700 White Plains Road, Suite 255
Scarsdale, NY 10583-5013
(914) 725-3632
Fax: (914) 725-3639

**By ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Defendant's letter-motion requesting that the settlement conference scheduled for Tuesday, February 14, 2023 at 2:00 p.m. be adjourned (ECF No. 39) is GRANTED, and the Court shall issue an amended conference scheduling order separately.
>
> The Clerk of Court is respectfully directed to close ECF No. 39.
>
> SO ORDERED 12/27/22
>
> SARAH L. CAVE
> United States Magistrate Judge

    Re:    *Jingle Kids USA, LLC v. In Colour Capital, Inc.*,
            No. 1:22-cv-07089-VSB-SLC

Dear Judge Cave:

    We represent defendant/counterclaim-plaintiff/third-party plaintiff In Colour Capital, Inc.

    Yesterday, in response to my letter (ECF no. 36), the Court rescheduled the settlement conference in this action from February 7, 2023 to February 14, 2023.  I apologize for burdening the Court with this matter again, but I had indicated in my letter that we are not available on February 14.  Specifically, on February 14, I will be participating in an in-person post-trial oral argument in Delaware Chancery Court in the action <u>GB-SP Holdings, LLC, et al. v. Wayne R. Walker, et al.</u>, C.A. No. 9413-PAF, which was scheduled by Vice Chancellor Fioravanti some time ago.

    Accordingly, we request that the February 14 settlement conference be rescheduled.  The dates on which we are not available are February 3, 6, 7, 13-15, 22-24, and March 8, 2023.  As noted in my prior letter, I spoke with Mr. Sigelman's office and was advised that he is available in February, except for the morning of February 8.

                                            Respectfully,

                                            *s/Robert A. O'Hare Jr.*

                                            Robert A. O'Hare Jr.

cc:    Attorneys of Record (via ECF)