UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINGLE KIDS USA, LLC; JINGLE KIDS PRODUCTION LLC; JINGLE KIDS IP LLC; ORWO STUDIOS LLC; and PVS STUDIOS LLC,<br><br>     Plaintiffs and Counterclaim Defendants,<br><br>-v-<br><br>IN COLOUR CAPITAL INC.,<br><br>     Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>-v-<br><br>JAKE SEAL,<br><br>     Third-Party Defendant. | CIVIL ACTION NO. 22 Civ. 7089 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 27, 2023 (the "Conference"), the Court orders as follows:

1. As discussed at the Conference, the parties shall promptly meet and confer regarding Plaintiffs' further production of documents including electronically-stored information ("ESI"). The parties shall discuss parameters for Plaintiffs' further ESI production, including but not limited to search terms, custodians, and timeframe.

2. The fact discovery deadline is EXTENDED to **November 28, 2023**. By **December 5, 2023**, the parties shall file a joint letter on the docket certifying that fact discovery is complete.

3. The expert discovery deadline is EXTENDED to **January 30, 2024**. By **February 6, 2024**, the parties shall file a joint letter on the docket certifying that all discovery is complete.

4. A telephone conference is scheduled for **Friday, November 3, 2023 at 11:00 a.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **November 1, 2023**, the parties shall meet and confer and file a joint letter on the docket presenting any open discovery issues and the parties' positions.

Dated: New York, New York
September 27, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge