UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINGLE KIDS USA, LLC; JINGLE KIDS PRODUCTION LLC; JINGLE KIDS IP LLC; ORWO STUDIOS LLC; and PVS STUDIOS LLC,<br><br>　　　　Plaintiffs and Counterclaim Defendants,<br><br>　-v-<br><br>IN COLOUR CAPITAL INC.,<br><br>　　　　Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>　-v-<br><br>JAKE SEAL,<br><br>　　　　Third-Party Defendant. | CIVIL ACTION NO. 22 Civ. 7089 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 3, 2023 (the "Conference"), the Court orders as follows:

1. As discussed at the Conference, the parties shall promptly meet and confer regarding (i) search terms and parameters for Plaintiff's anticipated production of electronically-stored information ("ESI"), and (ii) deposition scheduling.

2. By **November 29, 2023**, the parties shall file a joint letter providing a status update regarding (i) Plaintiff's production of ESI, and (ii) the parties' interest in a settlement conference with the Court or referral to the Court-annexed mediation program.

3. The fact discovery deadline is EXTENDED to **January 19, 2024**. By **January 26, 2024**, the parties shall file a joint letter on the docket certifying that fact discovery is complete.

4. The expert discovery deadline is EXTENDED to **March 22, 2024**. By **March 29, 2024**, the parties shall file a joint letter on the docket certifying that all discovery is complete.

5. A telephone conference is scheduled for **Monday, December 18, 2023 at 11:00 a.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York   SO ORDERED.
        November 3, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**