UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINGLE KIDS USA, LLC; JINGLE KIDS PRODUCTION LLC; JINGLE KIDS IP LLC; ORWO STUDIOS LLC; and PVS STUDIOS LLC,<br><br>                Plaintiffs and Counterclaim Defendants,<br><br>-v-<br><br>IN COLOUR CAPITAL INC.,<br><br>                Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>-v-<br><br>JAKE SEAL,<br><br>                Third-Party Defendant. | CIVIL ACTION NO. 22 Civ. 7089 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 18, 2023, the Court orders as follows:

1. **As soon as possible** and not later than **December 22, 2023**, Plaintiffs shall make available to Defendant for review the documents Plaintiff provided to its discovery vendor.

2. The fact discovery deadline is EXTENDED to **February 9, 2024**. By **February 16, 2024**, the parties shall file a joint letter on the docket certifying that fact discovery is complete.

3. The expert discovery deadline is EXTENDED to **April 12, 2024**.  By **April 19, 2024**, the parties shall file a joint letter on the docket certifying that all discovery is complete.

Dated: New York, New York
December 18, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2