UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGLE KIDS USA, LLC; JINGLE KIDS PRODUCTION LLC; JINGLE KIDS IP LLC; ORWO STUDIOS LLC; and PVS STUDIOS LLC,

        Plaintiffs,

-v-

IN COLOUR CAPITAL INC.,

        Defendant.

CIVIL ACTION NO. 22 Civ. 7089 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Following the settlement conference held on January 17, 2024, the Court has been advised that the parties have settled this case in principle.[1] Accordingly, by **February 19, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden. All appearances and deadlines are adjourned sine die.

Dated:    New York, New York
           January 19, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

---

[1] The parties have also reported that their settlement in principle encompasses resolution of another case in this District, Orwo Studios LLC, et al. v. In Colour Capital Inc., et al., 23 Civ. 2697 (CM).