UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINGLE KIDS USA, LLC; JINGLE KIDS PRODUCTION LLC; JINGLE KIDS IP LLC; ORWO STUDIOS LLC; and PVS STUDIOS LLC,<br><br>                Plaintiffs,<br><br>    -v-<br><br>IN COLOUR CAPITAL INC.,<br><br>                Defendant. | CIVIL ACTION NO. 22 Civ. 7089 (JHR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 9, 2024 (the "Conference"), at which Plaintiffs' representative Jake Seal ("Mr. Seal") failed to appear despite a Court Order directing him to do so (see ECF No. 93 (the "Apr. 22 Order")), the Court orders as follows:

1. By **May 16, 2024 at 5:00 p.m.**, Mr. Seal shall provide, through his counsel, to Defendant's counsel, information about the properties within the United States that are designated as collateral under the proposed settlement agreement (the "Information"). Mr. Seal is **warned** that his failure to provide the Information by the deadline may result in an order imposing sanctions, including Defendant's counsel's attorneys' fees and/or a fine, for his noncompliance with both (1) the Apr. 22 Order directing him to appear at the Conference and (2) this Order. See Erdman v. Victor, 345 F.R.D. 60, 64-65 (S.D.N.Y. 2024); Rahman v. Red Chili Indian Café, Inc., No. 17 Civ. 5156 (RA) (BCM), 2020 WL 8733951, at *6 (S.D.N.Y. Nov. 24, 2020); Adams v. N.Y.S. Educ. Dep't, 742 F. Supp. 2d 381 (S.D.N.Y. 2010); Fed. R. Civ. P. 16(f).

2. By **May 20, 2024**, counsel for Defendant shall file a letter advising the Court of whether Mr. Seal has supplied the Information.

3. By **May 24, 2024**, the parties are to execute all settlement documents.

4. By **May 31, 2024**, the parties are to file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden.

Dated:     New York, New York
           May 9, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2