UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGLE KIDS USA, LLC; JINGLE KIDS PRODUCTION LLC; JINGLE KIDS IP LLC; ORWO STUDIOS LLC; and PVS STUDIOS LLC,

          Plaintiffs,

-v-

IN COLOUR CAPITAL INC.,

          Defendant.

CIVIL ACTION NO. 22 Civ. 7089 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 21, 2024, the Court issued an Order to Show Cause directing Plaintiffs' representative Jake Seal ("Mr. Seal") to attend an in-person hearing (the "In-Person Hearing") on June 26, 2024. (ECF No. 96 (the "OTSC")). The Court issued the OTSC in response to Mr. Seal's several failures to comply with past Orders. (Id.) The factual recitation and terms of the OTSC are incorporated to this Order by reference.

On June 18, 2024, Plaintiffs filed a Response to the OTSC. (ECF No. 101 (the "Response")). In the Response, Plaintiffs reiterate a request that Mr. Seal be permitted to attend the In-Person Hearing remotely but state that, if necessary, Mr. Seal can "personally appear before [the undersigned]" in July. (ECF No 101 at 5).

The Court construes the Response as a request for an adjournment of the In-Person Hearing and orders as follows:

1. The In-Person Hearing is ADJOURNED to **July 25, 2024 at 2:30 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York 10007. No further adjournments will be granted.

2. The parties, **including Mr. Seal**, shall appear in person with full authority and intent to reach a final resolution of all remaining open issues concerning settlement to be resolved with the Court's assistance.

3. Consistent with the Court's June 11, 2024 Order (ECF No. 100), the In-Person Hearing will not be necessary if by **July 19, 2024**, Mr. Seal files proof that he has placed the settlement payment under the Agreement into an escrow account, to be released, along with the escrowed signatures, by **August 1, 2024**.  Only on filing of such proof will the Court cancel the In-Person Hearing.

Dated:   New York, New York
         June 20, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**