UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGLE KIDS USA, LLC; JINGLE KIDS PRODUCTION
LLC; JINGLE KIDS IP LLC; ORWO STUDIOS LLC; and
PVS STUDIOS LLC,

                    Plaintiffs,

    -v-

IN COLOUR CAPITAL INC.,

                    Defendant.

CIVIL ACTION NO. 22 Civ. 7089 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letter-motions for a conference at ECF Nos. 107 and

109.  By **Friday, August 16, 2024**, the parties shall meet and confer and file a joint letter advising

the Court as to the status of settlement efforts in this action.  The Court will consider the parties'

joint letter in determining whether a conference is necessary to resolve the parties' disputes.

Dated:       New York, New York
              August 12, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**