UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JINGLE KIDS USA, LLC, et al.,                    :     No. 1:22-cv-07089-JHR-SLC
                                                 :
      Plaintiffs and                            :
      Counterclaim Defendants,                  :     **NOTICE OF MOTION**
                                                 :
      v.                                        :
                                                 :
IN COLOUR CAPITAL INC.                           :     By **June 1, 2026**, Jingle Kids USA,
                                                 :     LLC, Jingle Kids Production LLC,
      Defendant, Counterclaim                   :     Jingle Kids IP LLC, ORWO Studios
      Plaintiff, and Third-Party                :     LLC, PVS Studios LLC, and Jake Seal
      Plaintiff,                                :     shall respond to the proposed judgment.
                                                 :     *See* ECF No. 125.
      v.                                        :
                                                 :     SO ORDERED.
JAKE SEAL,                                       :
                                                 :     *Jennifer H. Rearden*
      Third-Party Defendant,                    :     Jennifer H. Rearden, U.S.D.J.
                                                 :     Dated: May 18, 2026
      v.                                        :
                                                 :
CAREY KURTIN and MATTHEW KURTIN,                 :
                                                 :
      Third-Party Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Michael

Zarocostas, dated May 12, 2026 (the "Zarocostas Declaration") and the exhibit thereto, and all

prior pleadings and proceedings in this action, Defendant, Counterclaim-Plaintiff, and Third-

Party Plaintiff In Colour Capital Inc. ("In Colour Capital"), by and through its undersigned

counsel, will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, New York, at a date and time to be determined by the Court, pursuant to

Rule 58(d) of the Federal Rules of Civil Procedure for entry of a Judgment in favor of In Colour

and against Jingle Kids USA, LLC, Jingle Kids Production LLC, Jingle Kids IP LLC, ORWO

Studios LLC, PVS Studios LLC, and Jake Seal, as stated in the proposed judgment annexed as

Exhibit 1 to the Zarocostas Declaration.

Dated:   New York, New York
          May 12, 2026

*s/ Michael Zarocostas*
Robert A. O'Hare Jr.
Michael Zarocostas
Veronika Reizin
O'HARE PARNAGIAN LLP
20 Vesey Street, Suite 300
New York, NY 10007
(212) 425-1401
rohare@ohareparnagian.com
mzarocostas@ohareparnagian.com
vreizin@ohareparnagian.com

*Attorneys for Defendant, Counterclaim-Plaintiff,
and Third-Party Plaintiff In Colour Capital Inc.*

2