UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINGLE KIDS USA, LLC, et al.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>IN COLOUR CAPITAL INC.<br><br>Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>v.<br><br>JAKE SEAL,<br><br>Third-Party Defendant,<br><br>v.<br><br>CAREY KURTIN and MATTHEW KURTIN,<br><br>Third-Party Defendants. | No. 1:22-cv-07089-JHR-SLC<br><br>~~[PROPOSED]~~ **JUDGMENT**<br><br>**MEMO ENDORSED (PAGE 4)** |

WHEREAS, Plaintiffs and Counterclaim-Defendants Jingle Kids USA, LLC, Jingle Kids Production LLC, Jingle Kids IP LLC, ORWO Studios LLC, PVS Studios LLC (collectively "Plaintiffs") and Counterclaim-Defendant and Third Party Plaintiff Jake Seal (collectively with Plaintiffs, the "Seal Parties") and Defendant, Counterclaim-Plaintiff, and Third-Party Plaintiff In Colour Capital Inc. ("In Colour") entered into a settlement agreement (the "Settlement Agreement") in principle on January 17, 2024 and both parties confirmed on August 16, 2024 that the "material terms of a settlement agreement" had been reached, pursuant to which (1) the Seal Parties were required to pay In Colour $400,000 within 90 days; (2) if payment was not

made within 90 days, the settlement amount would increase to $450,000 due 30 days later; (3) payments would be treated as executive producer fees to In Colour; (4) the Seal Parties would execute confessions; (5) the Seal Parties would identify properties or assets in the United States to facilitate In Colour's enforcement of the confessions of judgment if necessary; and (6) the Seal Parties waived all defenses to enforceability of the Agreement;

WHEREAS, under the Settlement Agreement, the $400,000 payment was due April 16, 2024;

WHEREAS, the Seal Parties failed to make the $400,000 payment that was due April 16, 2024;

WHEREAS, under the Settlement Agreement, the $450,000 payment was due May 16, 2024;

WHEREAS, the Seal Parties failed to make the $450,000 payment that was due May16, 2024;

WHEREAS, on October 31, 2024, In Colour moved (a) to enforce the settlement agreement against the Seal Parties, and (b) for an award of sanctions against the Seal Parties and their counsel pursuant 28 U.S.C. § 1927 and Rules 11 and 16 of the Federal Rules of Civil Procedure;

WHEREAS, on January 7, 2025, Magistrate Judge Cave issued a Report and Recommendation ("the "Report and Recommendation") recommending that:

(a) In Colour's motion to enforce the settlement agreement, consisting of the following terms, be granted:

> (i) a $400,000 payment by the Seal Parties to In Colour within 90 days; (ii) if payment was not made in 90 days, the settlement payment amount increased to $450,000 due 30 days later; (iii) payment shall be treated as an executive producer fee to In Colour; (iv) the Seal Parties shall execute confessions of judgment; (5) the Seal

> Parties shall identify properties or assets in the United States to facilitate In Colour's enforcement of the confessions of judgment if necessary; and (6) the Seal Parties are deemed to have waived all defenses to enforceability of the Agreement; and

(b) In Colour's request for sanctions under 28 U.S.C. § 1927 and the Court's inherent authority be denied;

WHEREAS, on March 31, 2026, this Court adopted the Report and Recommendation in its entirety, directed the Clerk of Court to terminate all pending motions, and closed the case;

WHEREAS, to date, the Seal Parties have not made the $450,000 payment required under the Settlement Agreement; and

WHEREAS, the Seal Parties have neither executed confessions of judgment nor identified properties or assets in the United States;

**IT IS HEREBY ORDERED and ADJUDGED** that a judgment is entered in favor of In Colour and against Jingle Kids USA, LLC, Jingle Kids Production LLC, Jingle Kids IP LLC, ORWO Studios LLC, PVS Studios LLC, and Jake Seal, jointly and severally, in the amount of $450,000 (the "Judgment Amount");

**IT IS HEREBY FURTHER ORDERED and ADJUDGED** that pre-judgment interest has accrued on the Judgment Amount, from May 17, 2024 to and including the date of the entry of this Judgment, at the rate of 9%, in the amount of $ 94,315.07 ;

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that post-judgment interest shall accrue on the Judgment Amount at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Judgment until paid;

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that each of the Seal Parties shall execute confessions of judgment;

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that the Seal Parties shall identify properties or assets in the United States to facilitate In Colour's enforcement of the confessions of judgment if necessary;

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that the Seal Parties are deemed to have waived all defenses to enforceability of the Settlement Agreement; and

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that this Court retains jurisdiction to enforce this Judgment and the Settlement Agreement as enforced herein.

Dated this day 14, ~~May~~ September 2026

On May 18, 2026, the Court ordered Jingle Kids USA, LLC, Jingle Kids Production LLC, Jingle Kids IP LLC, ORWO Studios LLC, PVS Studios LLC, and Jake Seal to "respond to the proposed judgment" by June 1, 2026. ECF No. 126. No party filed a response.

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge